UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

---

Esther Powell,

                    Plaintiff,

v.

Advanced Concepts, Inc., d/b/a Stadium Liquor, d/b/a Fast Stop,

                    Defendant.

Fed. Case No. _____

Mo. Case No. 2116-CV17977
(Mo. Cir. Ct., 16th Jud. Cir. Ct., Jackson Cnty.)

---

### DEFENDANT ADVANCED CONCEPTS, INC.'S NOTICE OF REMOVAL

To:    Clerk, United States District Court for the Western District of Missouri, Charles Evans Whittaker U.S. Courthouse, 400 East Ninth Street, Kansas City, MO 64106.

Plaintiff Esther Powell and her attorneys Charles Jason Brown and Jayson A. Watkins, Brown & Associates LLC, 301 South US 169 Highway, Gower, MO 64454 (brown@brownandwatkins.com, watkins@brownandwatkins.com).

Defendant Advanced Concepts, Inc., hereby gives notice of its removal of this action on the following grounds:

    1.    Plaintiff Esther Powell commenced this civil action in the 16th Judicial Circuit Court, Jackson County, Missouri. A copy of the following documents, being all the process, pleadings, and orders served in the state-court action, accompanies this notice as Exhibit A:

        (a)    Summons in a Civil Case (Aug. 20, 2021)

        (b)    Petition (undated)

1

(c) Motion for Appointment of Private Process Server / Order for Appointment of Private Process Server (Aug. 20, 2021)

(d) Notice of Case Management Conference for Civil Case and Order for Mediation (Aug. 20. 2021)

(e) First Request for Production of Documents (undated)

2. The Petition was the initial pleading setting forth the purported claims for relief upon which the state-court action is based.

3. The case that the Petition purportedly stated was and is removable.

4. Defendant Advanced Concepts, Inc., received the Petition by service on August 24, 2021.

5. Defendant Advanced Concepts, Inc., is filing this notice within 30 days after receiving the Petition.

6. This Court would have had original jurisdiction over the state-court action under 28 U.S.C. §§ 1331, 28 U.S.C. § 1337(a), and 15 U.S.C. § 1681p.

7. The state-court action is removable under 28 U.S.C. § 1441(a) & § 1446.

8. The state-court action is not a nonremovable action under 28 U.S.C. § 1445.

9. Promptly after filing this notice, Defendant Advanced Concepts, Inc., will give written notice to the adverse Party, and will file a copy with the Clerk of the state court.

Wherefore Defendant Advanced Concepts, Inc., respectfully prays that the state court proceed no further, and that any further proceedings in this action occur in the United States District Court for the Western District of Missouri.

September 14, 2021.

HAZELTON & LANER, LLP

/s/ *[signature: Stephanie Hazelton]*

Ms. Stephanie G. Hazelton  Mo.Bar #29132
Hazelton & Laner, LLP
Suite 650
4600 Madison Avenue
Kansas City, MO 64112
Ph. 816.753.5678
nancy@hlblaw.net

in association with

BARNES & THORNBURG LLP
Brian Melendez (application for admission
 pro hac vice forthcoming)
Suite 2800
225 South Sixth Street
Minneapolis, MN 55402-4662
Ph. 612.367.8734
Fax 612.333.6798
brian.melendez@btlaw.com

Attorneys for Defendant
 Advanced Concepts, Inc.